**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 52 EAL 2019

                Respondent      :

                            :     Petition for Allowance of Appeal from

                          :     the Order of the Superior Court

             v.               :

                            :

ARTURO SHAW,               :

                            :

             Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.